United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3722
_____

United States of America,          *
                                             *

           Appellee,        *
                                         *   Appeal from the United States
   v.                          *   District Court for the
                                         *   Eastern District of Missouri.
Ronald Ray Pollard,         *
                                         *      [UNPUBLISHED]
           Appellant.     *

_____

Submitted: February 2, 1998
Filed: February 5, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Ronald Ray Pollard challenges his conviction and 192-month sentence imposed by the district court[1] after he pleaded guilty to one count of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). Pollard cites United States v. Lopez, 514 U.S. 549 (1995), and argues Congress lacked authority under the Commerce Clause to enact section 922(g), which prohibits the possession of a firearm by a convicted felon. We conclude Pollard's Lopez challenge to section 922(g) is foreclosed by this court's prior decisions. See United States v. Bates, 77 F.3d 1101,

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

1103-04 (8th Cir.), <u>cert. denied</u>, 117 S. Ct. 215 (1996); <u>United States v. Shelton</u>, 66 F.3d 991, 992 (8th Cir. 1995), <u>cert. denied</u>, 116 S. Ct. 1364 (1996).  Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.